**Order entered August 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00321-CV

**MITTIE FLEMING DBA, Appellant**

**V.**

**SUBWAY RESTAURANT, 1309 MAIN ST, LLC AND BUSCOM GROUP, LLC,**
**Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00683**

## ORDER

By letter dated August 8, 2014, Renee Drake, Official Court Reporter of the 44th Judicial District Court, has informed us that no reporter's record exists in this case. As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than September 22, 2014.

/s/     ELIZABETH LANG-MIERS
JUSTICE